UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **MOTION TO DISMISS THE NOTICES OF LIEN OF MARILYN WIEDERSPAN** |
| - v. - | : | |
| BNP PARIBAS, S.A., | : | 14 CR. 460 (LGS) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition To Wiederspan's Motion for a Conference and Hearing and in Support of the Government's Motion To Dismiss Wiederspan's Notices Of Lien, the United States of America moves this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, for an Order dismissing the Notices of Lien filed by Marilyn Wiederspan for lack of standing pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Rule 12(b) of the Federal Rules of Civil Procedure.

1

Dated:   New York, New York
         March 20, 2015

                                   Respectfully submitted,

| PREET BHARARA | LESLIE CALDWELL |
| United States Attorney | Assistant Attorney General |
| | Criminal Division |
| | |
| | M. KENDALL DAY |
| | Acting Chief, Asset Forfeiture and Money Laundering Section |
| | |
| By: _____/s/_____ | By: _____/s/_____ |
| Andrew D. Goldstein | Jennifer E. Ambuehl |
| Martin S. Bell | Trial Attorney |
| Christine I. Magdo | Asset Forfeiture and Money Laundering |
| Micah W. J. Smith | Section, Criminal Division |
| Assistant United States Attorneys | (202) 307-3066 |
| (212) 637-1559 | |

TO:    William J. Sanchez, Esq.
       William J. Sanchez P.A.
       12600 SW 120th Street, Suite 102
       Miami, FL 33186
       Tel: (905) 915-0042
       Fax: (305) 232-8819
       Email: michael@wsanchezlaw.com
       *Counsel for Marilyn Wiederspan*

CC:    Karen Patton Seymour, Esq.
       Sullivan & Cromwell
       125 Broad Street
       New York, NY 10004
       Tel: (212) 558-3196
       Fax: (212) 558-3588
       Email: seymourk@sullcrom.com
       *Counsel for BNP Paribas, S.A.*

2